UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ALEXIS BENNETT,

                Plaintiff,

vs.

TRINITY HEALTH CORPORATION,
ST. PETER'S HEALTH PARTNERS,
SAMARITAN HOSPITAL,
SAMARITAN HOSPITAL OF TROY, NEW YORK,
QUEST HEALTHCARE SOLUTIONS, LLC,
QUEST GROUP, LLC
DR. KEEGAN PAYNE, individually,

                Defendants.

Civil Case No.: 1:23-cv-01614 (AMN/DJS)

**STIPULATION AND ORDER TO REMAND REMOVED ACTION**

---

ALEXIS BENNETT ("Plaintiff") and TRINITY HEALTH CORPORATION, ST. PETER'S HEALTH PARTNERS, SAMARITAN HOSPITAL AND SAMARITAN HOSPITAL OF TROY, NEW YORK, QUEST HEALTHCARE SOULUTIONS, LLC, QUEST GROUP, LLC, and DR. KEEGAN PAYNE ("Defendants") stipulate as follows,

1. On November 21, 2023, Plaintiff commenced an action in the Supreme Court of Rensselaer County, New York against Defendants (EF2023-275469) (the "Action").

2. Defendants were served between November 28, 2023 and December 12, 2023.

3. On December 22, 2023, Defendants, Trinity Health Corporation, St. Peter's Health Partners, Samaritan Hospital and Samaritan Hospital of Troy, New York ("Removing Defendants") filed a notice of removal of the Action pursuant to U.S.C. §1441 (b) with the United States District Court for the Northern District of New York.

4. On December 22, 2023, Removing Defendants completed the removal process by filing a copy of the Notice of Removal with the Clerk of the Court of the Supreme Court of Rensselaer County, State of New York.

5. After some discussion, the Parties have agreed that the Action should be remanded to the Supreme Court of Rensselaer County. To that end, the Parties hereby stipulate that the Action be remanded to Supreme Court of Rensselaer County, without prejudice to seek removal again, if and when, this option became viable.

6. The Parties further stipulate that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this Stipulation and Order.

Dated: January 2, 2024                    HODGSON RUSS, LLP

By:    /s/Glen P. Doherty
       Glen P. Doherty, Esq.
       Bar Roll No. 501591
       *Attorneys for Trinity Health Corporation, St. Peter's Health Partners, Samaritan Hospital and Samaritan Hospital of Troy, New York*
       677 Broadway
       Albany, New York 12207
       Telephone: 518-433-2433
       Fax: 518-391-2103
       Email: gdoherty@hodgsonruss.com

| | | |
|---|---|---|
| Dated: January 2, 2024 | By: | /s/Johnmack Cohen |

    Dated: January 2, 2024        By:    /s/Johnmack Cohen
    **DEREK SMITH LAW GROUP, PLLC**
    *Attorneys for Plaintiff*
    Bar Roll No. 705018
    Johnmack Cohen, Esq.
    One Penn Plaza, Suite 4905
    New York, New York 10119
    Telephone: 212-587-0760
    Email: johnmack@dereksmithlaw.com

Dated: January 2, 2024        By:    /s/Misty Marris
    **GORDON REES SCULLY MANSUKHANI LLC**
    *Attorneys for Quest Healthcare Solutions, LLC and Quest Group, LLC*
    Misty D. Marris, Esq.
    1 Battery Park Plaza, 28th Floor
    New York, New York 10004
    Email: mmarris@grsm.com

Dated: January 2, 2024        By:    /s/Chaya Gourarie
    **BELL LAW GROUP**
    Bar Roll No. 501591
    *Attorneys for Keegan Payne*
    Chaya Gourarie, Esq.
    Syosset, New York 11791
    Email: cg@bellg.com

**IT IS SO ORDERED.**

January 4, 2024
Date

Anne M. Nardacci
U.S. District Judge

Dated: January 2, 2024    By:    /s/Johnmack Cohen
**DEREK SMITH LAW GROUP, PLLC**
*Attorneys for Plaintiff*
Bar Roll No. 705018
Johnmack Cohen, Esq.
One Penn Plaza, Suite 4905
New York, New York 10119
Telephone: 212-587-0760
Email: johnmack@dereksmithlaw.com

Dated: January 2, 2024    By:    /s/Misty Marris
**GORDON REES SCULLY MANSUKHANI LLC**
*Attorneys for Quest Healthcare Solutions, LLC and Quest Group, LLC*
Misty D. Marris, Esq.
1 Battery Park Plaza, 28th Floor
New York, New York 10004
Email: mmarris@grsm.com

Dated: January 2, 2024    By:    /s/Chaya Gourarie
**BELL LAW GROUP**
Bar Roll No. 501591
*Attorneys for Keegan Payne*
Chaya Gourarie, Esq.
Syosset, New York 11791
Email: cg@bellg.com

**IT IS SO ORDERED.**

January 4, 2024
Date

Anne M. Nardacci
U.S. District Judge